# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| SHELDON T. FUKUNAGA, | ) | Case No. 2:17-cv-01214-JCM-NJK |
| | ) | |
| Plaintiff(s), | ) | ORDER |
| | ) | |
| vs. | ) | (Docket No. 6) |
| | ) | |
| STATE FARM BANK, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Pending before the Court is the parties' stipulation for extension of time for Defendant Equifax Information Services, LLC to file an answer. Docket No. 6. Local Rule IA 6-1 states that "[a] motion or stipulation to extend time must state the reasons for the extension requested." The parties do not provide any reasons for their request. *See* Docket No. 6. Accordingly, the parties' stipulation, Docket No. 6, is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: June 9, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge