# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SHELDON T. FUKUNAGA, | ) | Case No. 2:17-cv-01214-JCM-NJK |
| Plaintiff(s), | ) | ORDER |
| v. | ) | (Docket No. 21) |
| STATE FARM BANK, et al., | ) | |
| Defendant(s). | ) | |

Before the Court is the parties' notice of settlement. Docket No. 21. The Court **ORDERS** the parties to file a stipulation of dismissal no later than December 26, 2017.

IT IS SO ORDERED.

DATED: November 28, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge