# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHELDON T. FUKUNAGA, | Case No. 2:17-cv-01214-JCM-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 23) |
| STATE FARM BANK, et al., | |
| Defendant(s). | |

Before the Court is the parties' second notice of settlement between Plaintiff and Defendant Equifax Information Services, LLC.[1] Docket No. 23. The Court **ORDERS** the parties to file a stipulation of dismissal no later than January 25, 2018.

IT IS SO ORDERED.

DATED: December 27, 2017

NANCY J. KOPPE
United States Magistrate Judge

---

[1] On November 27, 2017, Plaintiff and Defendant Equifax Information Services, LLC notified the Court that the dispute as between them had been resolved. Docket No. 21. These parties also notified the Court that they were "waiting for an executed copy of the settlement agreement to be exchanged." *Id.* Thereafter, the Court issued an order for these parties to file a stipulation of dismissal no later than December 26, 2017. Docket No. 22. In the instant notice of settlement, these parties again notify the Court that they are "waiting for an executed copy of the settlement agreement to be exchanged." Docket No. 23.